UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

        -against-                            :        S3 16 Cr. 289 (ALC)

BIBA KAJTAZI,                                :

                Defendant.                   :

---------------------------------------------------------------x


**SENTENCING MEMORANDUM ON
BEHALF OF DEFENDANT BIBA KAJTAZI**


Gerald J. McMahon, Esq.
*Attorney for Defendant Biba Kajtazi*
40 Fulton Street, 23rd Floor
New York, New York 10038
(212) 797-1877
gm@geraldjmcmahon.com

# TABLE OF CONTENTS

Page

PRELIMINARY STATEMENT.................................................................................1

STATEMENT OF FACTS......................................................................................1

    A.    Personal Background...................................................................................1

    B.    Medical History........................................................................................4

    C.    Education & Vocational Training...............................................................5

    D.    Employment..............................................................................................5

    E.    The Offense Conduct................................................................................3

ARGUMENT........................................................................................................7

THE COURT SHOULD IMPOSE A NON-GUIDELINES
SENTENCE OF TIME SERVED AND PROBATION.........................................7

    A.    The Applicable Legal Principles................................................................7

    B.    The Applicable Guidelines Range...............................................................9

    C.    The Court Should Impose a Non-Guideline Sentence
        of Time Served and Probation....................................................................9

CONCLUSION.....................................................................................................11

APPENDIX
   Sentencing Letters..............................................................................A1-A35

## PRELIMINARY STATEMENT

Defendant Biba Kajtazi ("defendant" or "Kajtazi") stands before this Court as a forty-nine year-old defendant, having been convicted by his plea of participating in a conspiracy to distribute cocaine, as charged in Count One of the indictment. This Court is charged with imposing a sentence that is "sufficient, but not greater than necessary, to fulfill the purposes of sentencing." See *United States v. Cavera*, 550 F.3d 180, 189 (2d Cir. 2008), cert. denied, 556 U.S. 1268 (2009) (quoting 18 U.S.C. § 3553(a)).

Based on the advisory Sentencing Guidelines and the factors set forth in 18 U.S.C. § 3553(a), and for the reasons set forth more fully herein and in the enclosed sentencing letters, we respectfully submit that the Court should impose a sentence of time served (almost 17 months) and probation.

## STATEMENT OF FACTS

### A. Personal Background

Biba Kajtazi was born on March 29, 1968 in Kosovo (formerly Yugoslavia) to the marital union of Nike Kajtazi (age 76) and Palina Kajtazi *nee* Laska (age 75). Defendant's parents reside together in Apartment #3 of a mixed-use building which they own located at 585 East 189th Street, Bronx, New York. Defendant's father is a former baker who has been retired for approximately 10 years. He suffers from Type I diabetes and, after undergoing amputation of his right leg in 2014, has been confined to a wheelchair and receives care from a live-in nurse. Kajtazi's mother is self-employed as the owner of Palina's Food Mart, located at 2479 Arthur Avenue, Bronx, New York. Defendant's mother is overweight and, following a knee replacement

surgery in 2010, has difficulty walking. (PSR: 61).

Defendant has six siblings: Josephine, age 52, who resides in Mahopac, New York and is an elementary school teacher; Mira, age 50, who lives in the Bronx and works in the cafeteria of an elementary school; Simon, age 46, who lives in Apartment #2 of the parents' building and is self-employed as the owner of a bar/restaurant; Anna, age 46 (Simon's twin), lives in the Bronx and assists her mother in the delicatessen; Carmen, age 42, also lives in the Bronx and works as a school aide for the blind; and Philip, age 38, who resides in Apartment #1 of the parents' building, and owns a pizza parlor on the corner, Tony & Tina's Pizzeria. (PSR: 62).

In 1973, defendant, his parents, and the four oldest siblings immigrated to the United States as political refugees. As defendant told Probation, Yugoslavia was then under communist rule and individuals of Albanian descent were subject to oppression. (PSR: 63). After fleeing their native home, the Kajtazi family lived in Italy for approximately two years (where sister Carmen was born), and the family was permitted entry into the United States through the sponsorship of paternal relatives. The family was granted status as legal residents upon arrival and, after his parents became naturalized citizens, defendant and his siblings each subsequently derived U.S. citizenship. (PSR: 63).

In 1993, defendant married Elizabeth Kajtazi *nee* Shala (age 40) in Kosovo. Since it was an arranged marriage, which was customary in their native country, they wed on the same day that they first met. (PSR: 65). Elizabeth immigrated to the United States in 1994 and thereafter became a naturalized citizen. She is currently self-employed as the owner of Michaelangelo's Little Italy, an Italian restaurant at 2477 Arthur Avenue in the Bronx and the bar and grill, Howl

2

at the Moon, located at 585 East. 189th Street in the Bronx. (PSR: 65). Defendant and his wife and their children live in Apartment #4 of his parents' building.

Defendant and Elizabeth have three children: Nick, age 22, who lives at home in Apartment #4, and works as a manager and waiter in the businesses owned by his mother; Nicolette, age 20, is a recently-married expectant mother who lives in the Morris Park section of the Bronx and works as an inventory manager at Michaelangelo's restaurant; Frank, age 8, lives at home and goes to school full-time. (PSR: 66).

Defendant has two other children: Christopher Kajtazi, age 27, is the product of a former relationship with Aileen Ocasio, age 43. Christopher was born in the United States and, between the ages of 2 and 15, lived with his mother in Puerto Rico. When he returned to New York, he lived with defendant with whom he has always had a close relationship and who has always provided financial support. Christopher currently lives in the Bronx and works at the restaurant owned by defendant's wife. (PSR: 67).

Kajtazi is also the father of Thomas Kajtazi Bedoya, who is seven months old. Thomas is the product of a brief romantic encounter with Angie Bedoya, age 25, who is currently unemployed. Defendant told Probation that he got involved with Angie while under the influence of alcohol and that the pregnancy was not planned. (PSR: 68). Thomas lives with his mother in Jackson Heights and is financially supported by defendant.

Defendant has lived in the Bronx since arriving in the United States as a child. From 1997 to 2006, he was incarcerated as a result of his prior federal conviction. From February 2006 until his arrest in this case (April 2016), he and his wife and children resided in Apartment #4

3

of the building owned by his parents. Although his parents pay the mortgage for the entire

building, Kajtazi and his wife contribute to the necessary living expenses. Defendant's three-

bedroom apartment was visited by Probation and found to be well-furnished and maintained.

(PSR: 70).

Defendant told Probation that "his loved ones are experiencing sadness and stress due

to his incarceration, as well as a deteriorating financial condition." (PSR: 71). Additionally,

> Kajtazi expressed heartbreak over not being present to assist his parents , wife
> and children, and he feels guilt for putting his family through another ordeal.
> The defendant informed that his wife and youngest son visit him regularly ...
> and that he speaks to his parents via telephone.

(PSR: 71). Defendant's wife Elizabeth is still angry about his extra-marital affair and the burdens

imposed on her by his incarceration (including running two businesses without his help), but she

emphasizes that he has a "good heart" but fell in with the "wrong crowd." (PSR: 72).

## B. Medical History

From the age of 16 in 1984 until his arrest in 1995, defendant suffered from an alcohol

addiction. While at Fort Dix FCI, Kajtazi successfully completed the 500-hour Residential Drug

Abuse Program. (PSR: 82). Following his release from custody in 2006, he remained sober for

two years but then began drinking socially again. In 2010, he was convicted of Driving While

Impaired while on supervised release which resulted in a violation and his placement in an out-

patient substance abuse treatment program. (PSR: 79). At the time of his arrest in this case

(April 2016), he "typically drank up to 20 beers or mixed drinks ... per day..." (PSR: 80).

Consistent with an addictive personality, Kajtazi also suffered from a gambling addiction

4

between 2013 and 2015. He routinely frequented casinos and participated in private poker games every few days. He told Probation that he stopped of his own volition when he saw that his son, Nick, began frequenting casinos and realized that he was setting a bad example. (PSR: 75).

## C. Education & Vocational Training

After completing 10th grade, Kajtazi dropped out of high school to work and help provide financial support for his family. (PSR: 86). While incarcerated at Fort Dix, he earned his GED in June 1998 and earned college credits through correspondence courses offered by Mercy College. (PSR: 84).

Defendant told Probation that he was self-taught in culinary arts and worked in the kitchen at Fort Dix. He also was extensively involved in working in the kitchens in the restaurants owned by his wife. While in jail he also took courses in carpentry and electrical repair, skills which he put to great use in helping to run all the family businesses. Finally, he is fluent in four languages: English, Albanian, Italian and Spanish. (PSR: 87).

## D. Employment

Defendant's employment for the decade prior to his arrest was well-described by Probation:

> As verified by both chronological and employment records, from February 2006 until his arrest in April 2016, Kajtazi was employed as a manager and cook at Michaelangelo's Little Italy, an Italian restaurant located at 2477 Arthur Avenue, Bronx, NY, and (since October 2007) at Howl at the Moon Grill & Bar, located at 585 East 189th Street, Bronx, NY. The defendant was a salaried employee at both establishments which are under the sole ownership of his wife ... Kajtazi reportedly built Michaelangelo's "from the ground up", while Howl at the Moon was previously owned and operated by his father; the defendant was unable to purchase the business due to his prior federal conviction, which precluded him

from obtaining the necessary liquor license. Following the home inspection conducted on June 30, 2017, the Probation Office conducted visits at both establishments, which are in close proximity to the defendant's residence ... Information indicates that Kajtazi was responsible in performing his duties and described as "... a very hardworking person and an amazing cook."

(PSR: 88).

From 1997 to 2006, defendant was incarcerated on his prior conviction and, for the three years prior to that, he worked in his parents' various businesses doing some cooking and maintenance work. (PSR: 90).

Kajtazi and his wife filed joint tax returns for the years 2014 and 2015 which reflect Adjustable Gross Incomes of $89,005 (2014) and $103,008 (2015). (PSR: 93).

## E. The Offense Conduct

On May 9, 2017, defendant pleaded guilty to conspiring to distribute between 500 grams and 2 kilograms of cocaine. Although there were several conversations with co-conspirators and trips by Kajtazi to Colombia, there was no cocaine actually imported or distributed by defendant.

# ARGUMENT

## THE COURT SHOULD IMPOSE A
## NON-GUIDELINES SENTENCE OF
## TIME SERVED AND PROBATION

### A. The Applicable Legal Principles

In *United States v. Booker*, 543 U.S. 220 (2005) the Supreme Court rendered the Sentencing Guidelines "effectively advisory". *Booker*, 543 U.S. at 245. Post-*Booker*, as the Second Circuit observed, [i]t is now ... emphatically clear that the Guidelines are guidelines – that is, they are truly advisory." *Cavera*, 550 F.3d at 189.

As a procedural matter, district courts "must treat the Guidelines as the starting point and the initial benchmark" in calculating a sentence. *Kimbrough v. United States*, 552 U.S. 85, 108 (2007) (quoting *Gall v. United States*, 552 U.S. 38, 49 (2007)). However, sentencing courts may not presume that a Guidelines sentence is reasonable. See *Nelson v. United States*, 555 U.S. 350, 352 (2009) ("The Guidelines are not only *not mandatory* on sentencing courts; they are also not to be *presumed* reasonable" [emphasis in original]); see also *Cavera*, 550 F.3d at 189 ("district court may not presume that a Guidelines sentence is reasonable"). Additionally, the Guidelines may not be assigned any presumptive weight over the other factors set forth in § 3553(a). *United States v. Verkhoglyad*, 516 F.3d 122, 131 (2d Cir. 2008).

*Gall, Kimbrough* and *Nelson* have effectively restored the district courts' broad sentencing discretion by permitting them to impose a sentence after considering all the § 3553(a) factors, with the Guidelines being only one such consideration. *United States v. Jones*, 531 F.3d

7

163, 173-74 (2d Cir. 2008). Adhering to *Booker* and *Jones,* section 3553(a) requires this Court to "impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in" § 3553(a)(2). 18 U.S.C. §3553(a). Section 3553(a)(2), in turn, requires this Court to consider the need for the sentence imposed:

> (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
>
> (B) to afford adequate deterrence to criminal conduct;
>
> (C) to protect the public from further crimes of the defendant; and
>
> (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

18 U.S.C. § 3553(a)(2).

Additionally, § 3553(a) obligates this Court to consider: "the nature and circumstances of the offense, and the history and characteristics of the defendant;" "the kinds of sentences available;" "the kinds of sentence and the sentencing range established for ... the applicable category of offense committed by the applicable category of defendant as set forth in the guidelines ... issued by the Sentencing Commission;" "the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct;" and "the need to provide restitution to any victims of the offense." Id.

§ 3553(a)(1), (a)(3) - (a)(7).

As explained hereafter, applying the foregoing legal principles to the facts of this case confirms that the Court should impose a sentence of time served and probation on defendant Biba Kajtazi.

## B. The Applicable Guidelines Range

In the written plea agreement dated April 25, 2017, the parties stipulated that the applicable Guidelines Offense Level is 21, with a Criminal History Category of II (three criminal history points), yielding an advisory Guidelines imprisonment range of 41 to 51 months. (PSR: 5).

Over the objection of the defense, and notwithstanding the stipulation of the government, Probation added one point to defendant's criminal history score for a Driving While Impaired conviction in 2010. The added point changed his Criminal History Category from II to III, thereby increasing the advisory Guidelines range of imprisonment to 46 to 57 months. (PSR: 55-56. 95).

In arguing that one pont should not be assessed for driving while impaired, the defense cited *United States v. Potes-Castillo*, 638 F.3d 106 (2d Cir. 2011). (PSR: p. 24). Probation countered that *Potes-Castillo* was effectively overruled by a Guidelines amendment adopted on November 1, 2015. (PSR: p. 25).

Probation is wrong; *Potes-Castillo* is still good law. *United States v. Valente*, 2017 U.S. App. LEXIS 7368, at *2, 2017 WL 148322 (2d Cir. April 24, 2017); *United States v. Paredes*, 185 F. Supp. 3d 287 (E.D.N.Y. 2016).

## C. The Court Should Impose a Non-Guidelines Sentence of Time Served and Probation

The sentencing of Biba "Bobby" Kajtazi is not easy. Neither all good, nor all bad. Considering he did 10 years for a drug conviction and is awaiting sentence on a drug plea, it

9

would be easy to say: "He's a drug dealer; give him a Guidelines sentence and be done with it." On the other hand, he speaks four languages, has abundant practical skills (cooking, carpentry, electrical) and near limitless energy, and by all accounts is a good father (see letter of daughter Nicolette Lekocaj, Appendix, A9), son, brother (see letter of sister Mira Prenkpalaj, Appendix, A14), and friend (see letters, Appendix, A18-A35) . Kajtazi obviously has shortcomings as a husband, but if his wife Elizabeth is willing to stay the course, as she is, then he is not beyond redemption even as a spouse.

It's clear that he has addiction demons, so a sentence requiring treatment for gambling and alcohol problems is clearly appropriate. Beyond that, how much more jail is required for a case involving an agreement to distribute drugs, and no drugs. He will have served 17 months by the time of sentencing; who exactly will benefit if he serves another 24 months in jail? Certainly not his sister, her husband and their children whose lives will continue to be on hold until defendant is released and can donate his kidney. See Letters of Jozefina, Stjefen and Lazer Prenkpalaj, Appendix, A10-A12. Certainly not his wife, who struggles to run two labor-intensive businesses and raise an 8-year-old boy as a single mother. See Letter of Elizabeth Kajtazi, Appendix, A7-A8.

Life doesn't come with guarantees. No one can guarantee that Bobby Kajtazi won't slip again. But on balance, when you consider the nature of his crime (no violence; not even any drugs), the fact that he's soon going to be 50 years old, the strong family support system that he has in place, the dire need that his wife and brother-in-law have for him to be out of jail, when you weigh all that in balance, then it is clear that the 17 months already served is "sufficient but not greater than necessary".

## CONCLUSION

For all the foregoing reasons, we respectfully request that the Court impose a non-Guidelines sentence of time served and probation.

Dated: New York, New York
      August 29, 2017

Gerald J. McMahon, Esq.
*Attorney for Defendant Biba Kajtazi*
40 Fulton Street, 23rd Floor
New York, New York 10038
212.797.1877
gm@geraldjmcmahon.com


To:    Drew Skinner, Esq. (By ECF)
       Assistant United States Attorney

# APPENDIX

Your Honor,

Thank you for this opportunity to speak. I appreciate it and will try not to take up too much of the court's time.

I will not hide from myself. I know in my own heart that I am not the inconsiderate, miserable, uncaring man that this case has made me out to be. I have re-examined myself and find that I am totally accountable for my actions, what choices I have made, either right or wrong, were my own choices. They made me who I am today and they will make me into who I will be tomorrow. I realize that taking responsibility is more than just admitting to the wrongs that I have done, I am responsible for all aspects of my life.. what I say, the behavior I exhibit, along with my well being by keeping this in the forefront of my mind, I stop myself from blaming others for what happens to me and begin to accept responsibility so that healing can begin.

In life there are crossroads, times when a person must stop and begin to take responsibility for their own life, whether the choices they have made are right or wrong. I find myself before the court due to bad choices that I have recklessly made, and so have come to my own crossroad.

Instead of continuing down the path of a productive and responsible member of society, a loving son, and a father to my children whom I love with all my heart and soul, my reckless behavior has caused harm to society, to my parents, my wife, my children and to others whom I love.

My father is a diabetic with an amputated foot and toes, whose health has worsend as a diret result of my arrest. This in turn has caused my mother pain and grief. Her own health also spiraling downward. Being the potential donor for my brother-in-laws anticipated kidney transplant, his life and health are now on hold.

More over, I have disappointed my
children by not being there for them. Where
I should have been a proud and dutiful father
in giving my daughter away at her wedding
for the most important day of her new life
and to be there for my son at his wedding
as he begins his new life as well. I am also
missing crucial moments in my youngest
childs life as a responsible father should
be as he wonders when I will be able to
hold him again so that he knows that
his daddy truly loves him so very much.

I have also failed my wife in so
many ways and have caused her unn-
ecessary stress and heartache as she
has tried to manage our business alone
without complaint, and as I think about
all of this and the heartache and harm
my arrest has caused and how deeply this
has touched each of their lives, I am
truly amazed at how supportive my family
remains and that they still believe in me.

It is this support and love that gives me hope, knowing that I will change my path of old and begin a new path of redemption.

Your Honor, I am sincerely remorseful for my reckless behavoir. It is unacceptable, and it is incredibly difficult for me to express this remorse in words, being so full of shame and embarrasment. I know there is nothing that I can say to excuse my reckless behavior, however, I hope that the court will see the sincerity of my apology within this letter.

I have a priority set - my family is at the top of that list, and while I pray for mercy from this court. I realize that if I squander away any mercy that this court happens to bless me with, in the end I will most certainly lose everything, including my family who has shown me nothing but love and support through this entire ordeal.

This is the most important letter I have ever composed and I fully understand what is at stake, Just as I am fully aware of the fact that I have serious challenges before me. I find my self at another crossroads. One with a path that I have absolutely no control over, and what ever desicion this court deem is Just and proper with the sentence passed upon me. I will walk this path and begin to put this very dark chapter of my life behind me. I will begin to build a new understanding of life and having taken responsibility for my actions, I will learn from my mistakes, becoming a new man who will never again engage in any criminal behavior as life and the love of my family are too important to waste. I vow to this court, to my family, to society that I will never stand here again as I will not squander any mercy this court shows upon me.

Thank you, your Honor, for giving me the opportunity to address this court and taking the time to read my letter and giving me your kind consideration. I want to say once more that I am truly sorry for my actions. I apologize to society and I apologize to my loving family. I only hope that I can find some measure of foregiveness as I go foward into the future and try my best to be a better man.

Thank you

sincerely

June 21, 2017

Elizabeth Kajtazi
585 E 189 Street Apt-4
Bronx New York 10458

Hon. Andrew Carter
United States District Court Judge
Southern District of New York
500 Pearl Street New York NY 10007

                    In the matter of: USA v. Biba Kajtazi    Case No. 16 cr 289 (ALC)

Dear Judge Carter,

   I write this letter with great pain on behalf of my husband Bobby Kajtazi, who is a defendant before
your honorable Court.

   As a mother of three children, wife and business woman, my husband's arrest has undermined every
aspect of my life. Trying to raise a family and run a family style restaurant single handed has caused me
much grief to the point it is affecting my health. Everything we have today is from hard work. We
recently sold our properties and the little money we made on the sales of the properties has been spent
in litigation.

   Bobby and I were married in 1994 in New York. We met each other in Kosovo through our families.
He has always been a kind and caring person who is always willing to help people. It is because of this
personality trait that gets him into compromising positions. Bobby is quick to jump into situations to
assist others without compensation. The restaurant we built from scratch was done by my husband,
who is also a contractor. I've seen this man stay up until three and four in the morning working to get
the restaurant open. He is also a great chef and is always thinking up new recipes to make the food
better. After the restaurant was open he made arrangements to hold democratic events every year for
the last five years and dinner for special guess like Senator Charles Schumer and Bernie Sanders. He has
held many private parties for the NYPD and the FDNY. Moreover, we have over twelve employees that
work in our restaurant. We have catering and many events for Fordham University including graduation
parties every year, and over 300 loyal patrons that regularly eat in our restaurant. He is also a good son
who has taken care of his father that lost a foot due to diabetes in 2015. He is a wonderful father to our
children. He is willing to donate a kidney to a family member who is on dialyses. In fact, in Christmas of
2015 he opened our restaurant to the homeless people of our community and gave away over 300
Christmas dinners. This was reported in the news. This is how my husband is, a king and caring person
who never says no to people in need.   It is these characteristics that make me love him and stand by
him.

   I know my husband made several trips to Colombia to assist a young lady and her family. I sincerely
believe that if he had not travel to Colombia he would not be in the position he is in. I also know that if

**A-7**

my husband had not met this woman my marriage would not be in this stressful situation.   I know this man better than anyone else. Even though he was seeing this young lady, I sincerely believe that he is going through some mid life crisis. The last two years he was drinking heavily.   I continue to believe that he is not the person the government says he is. However, he made the decision to plead guilty and accept responsibility and I will continue to stand by his side.

My husband is a unique man.  My main concern is that if he has to go away to prison for a lengthy time, I will lose my business.  I cannot continue to run the family business without his help. Therefore, I respectfully ask that your honor give my husband meaningful consideration during his sentencing hearing.

Very truly yours,

Elizabeth Kajtazi

A-8

Hon. Andrew L. Carter Jr.

United States District Judge

40 Centre Street

New York, NY 10007


Dear Hon. Judge Carter:


My name is Nicolette Lekocaj I live at 1803 Bogart Ave Apt 3E Bronx, NY. I live here with my husband and sister in law. I would like to tell you a little about my father. He is a hardworking, good hearted and generous person. All my life he has encouraged us to follow his steps and work hard for what we want. Thanks to my father I've been working since High School after we would finish our homework we would go downstairs to our family business and help around wherever we could. He's taught me to be a business woman and now I would have my own children and teach them the same. My dad also taught us how to have love for our family and always stick together, every weekend even though it was the busiest time for us in the restaurant he himself would take my brothers all of my uncle's kids and me to watch a movie and have dinner that was his favorite thing to do. He is also an adventurous guy as well, every time we had a break from school during the winter he would make us pack all our things and we'd take a long road trip to Florida, he would be the only driver at the time besides my mom but she would fall asleep and he'd drive all the way through on his own. And if it wasn't a long break we would still take a small break close to home. And if we couldn't go anywhere for work reasons he would find a day in the week have us all get together and he would work his magic in the kitchen and cook us some amazing food, better than any woman in our family. My father is a loving man and a people person, everyone loved him and got along with him. He always gave to people who needed help, whenever anyone had a problem with something in there home he would be the first to go and have it fixed, If they needed a place to stay he would take them to our home, and of course if they were hungry he would order them food from one of our places and feed them. As you can see Judge, despite this situation he was mixed into, he was an amazing son, husband, brother, and best of all father, and he would be so proud to be able to attend to all the beautiful matters coming up in my family, the birth of my child, the marriage of my brother and so much more.

Hon. Judge Carter please be kind in your decision for Biba, he means a lot to us all of his family.

Thank You

God Bless You

Yours truly,


Nicolette Lekocaj

**A-9**

Hon. Andrew L. Carter

United States District Court

40 Centre Street

New York, NY 10007


Dear Hon. Judge Carter:

My Name is Jozefina Prenkpalaj. I live at 57 Tanager Road, Mahopac, NY 10541. I live here with my husband Stjefen and our son Lazer. We also have two daughters who are married. We have five beautiful grandchildren. I currently work as a part-time School Aide for the Board of Ed and have been there for the past 12 years. Before my husband got sick I used to work for a local bank for twenty years.

I would like to write a little about my brother Biba. We are seven children in all born to Palina and Nike Kajtazi both of whom are honest, hardworking, humble God fearing people. Biba is good hearted, kind and gentle and always ready to help anyone in need. My husband and I lost our home to foreclosure and we were devastated. With the help of God and our son we were able to purchase a modest home, but it needed a lot of repair work. My husband lost most of his eyesight so he could not do any repairs that were needed. Biba and my sister-in law Elizabeth purchased all the lights, and equipment needed and he completed all the work with his own hands everything that needed to be done in order for us to move in before Christmas. They left their own restaurant during the holidays to come and help us.

My brother Biba is a person that can cook for you to see a smile on your face. He can fix a car for you, he can paint your home if you just ask him. He can fix your plumbing if you have a problem, just feed him and everything is ok.

I would like to mention of his will to donate a kidney to my husband which is above all the hardest thing to promise anyone. No one asked him to do it he volunteered for the donation when my husband first had kidney failure in 2015. It is not irregular to donate even if you are not an exact match they have anti-rejection medication. I thought honestly about donating myself I must admit it is a hard decision to make.

I hope and pray that my honest letter will help your honor make a kind and gentle decision for my brother, keep in your thoughts our elderly parents one of whom has an amputation of a leg and keeps asking for his son, and for his mother who has shed tears more than it has rained. Please keep in mind his wife my sister-in-law Elizabeth and their children Niky, Nikolette and little Frankie. We all love him dearly.

Thank you and may God bless you,

Yours truly,

Jozefina Prenkpalaj

Hon. Andrew L. Carter Jr.

United States District Judge

40 Centre Street

New York, NY 10007


Dear Hon. Judge Carter:


My name is Stjefan Prenkpalaj I live at 57 Tanager Road, Mahopac NY, 10541. I live here with my wife and son. I am currently disabled and have been for the past 12 Years. I have diabetes for30 years and have lost almost all my eyesight. I have developed end stage kidney failure I am currently waiting for a kidney.

I would like to tell you a little about my brother-in-law who I consider my brother. I know Biba since I married his sister in 1983. Biba has been like a brother to me for as long as I know him. Even when I was well with health we got along great. He shows it even more now that I am not well with health, he doesn't treat me like I'm disabled. He is not embarrassed to go out to eat or go to different places. I have a problem walking because of my eyesight most people would be embarrassed to go out with me not Biba. Biba is a good hearted young man. He is a hard worker always active in his community.

He is a kind, helpful and generous person, as for an example to his good heart he is willing to donate a kidney to myself. In August of 2015 I was in ICU for six weeks and Biba saw how sick I was and Biba offered to donate his kidney to myself even before I even registered with the hospital. My own brother or sister did not volunteer to donate. Dialysis is a hard process I'm having to go through, he always encourages me to hang on and to take care of myself.


Hon. Judge Carter please be kind in your decision for Biba, he means a lot to us all of his family.


God Bless You

Yours truly,

*[signature]*

Stjefen Prenkpalaj

**A-11**

Hon. Andrew L. Carter Jr.

United States District Judge

40 Centre Street

New York, NY 10007


Dear Hon. Judge Carter:


My name is Lazer Prenkpalaj I live at 57 Tanager Road. Mahopac NY 10541. I live here with my mom and dad. I work as a maintenance worker at the World Trade Center for the past four years.


I would like to say a few words about my uncle Biba. My uncle Biba is a really good person. He is kind and generous. I remember when I played baseball with my little league team he sponsored my team. He came to see me play quite often and even when I did not hit the ball he encouraged me and supported me. He always told me to never give up to keep trying really hard.


He treats people with respect, and is a great person to hang out with.


Thank you in advance for being kind and lenient on my uncle.


Yours truly


Lazer Prenkpalaj

To Whom It May Concern:

I am writing to urge leniency in the sentencing of my Uncle Biba Kajtazi.


I've known Biba Kajtazi for more than 30 years, since the date of my birth.
As previous mentioned, Biba is my Uncle but is more like a father figure to me.
Biba and I are both mindful of the heaviness of the crime he is being concivted of, however it is still something I just can't fathom.
The man that is being portraited in this case, is not the man that I know.
I'd like to take this time to give you a better perspective that shows he is more than the sum of his behavior on the day he committed the crime.

Biba is a person of good moral nature.
I comprehend that might seem tough to consider, given the case, yet it's true nevertheless.
He has constantly been there for me and my entire family.
He is always willing to assist with all things, from helping learn a subject in school to repairing things around the house.
I sincerely don't think I would have accomplished as much as I did in school if he was absent.

Biba has made mistakes, and he is especially remorseful, and is prepared to do whatever it takes to make reparations, if possible.
But in order to do that, he needs you to give him an oppurtunity to get a second chance.
With his close ties to the community, I firmly believe that a lesser sentence is most appropriate in this situation.


Thank you,

Anton Prekpalaj

Dear Honorable Judge Carter:

My name is Mira Prekpalaj, I live at 1144 Pelham Parkway Bronx NY . I have three children , my boys Anton and Kristian live with me and my daughter is married and has two daughters. I am currently working as an assistant cook for the Board of Ed.

I would like to tell you a little about my brother Biba . My husband passed away at the age of 50. It was a devastating time for me and my children . My brother Biba provided everything we needed food and support as we gathered in mourning . My husband wanted to be buried next to his dad overseas in Kosovo, I did not know how to make those last wishes for him come true. My brother payed for airfare for me and my children and provided everything for us while we were overseas to bury my husband. When we returned I had no job ,I had no money I was lost . My brother helped me find a job with the Board of Ed, and helped me stand on my feet .

My brother has never mentioned a return for all the help and support he has given me and my family and still helps and gives to us to this day. Without my brother I don't know where I would be .

God Bless you Judge Carter

Thank you in advance , please be lenient with my brother he is the kindest, gentle, supportive, big hearted brother and friend.

yours truly,


Mira Prenkpalaj

Dear Your Honor, Judge Carter

I met Bobby for the first time in 2011, the year I became engaged to my wife, Bobby's niece. The best way to summarize him is as the ultimate family man. Family means everything to him, and he means everything to them. Whether it was Mother's or Father's Day, July 4th, or just any random day, Bobby would always be the first to invite family and friends for parties and get-togethers. His goal is to always make his family, friends, and guests happy and comfortable. He defines hospitality and generosity. In all the years I've known and been around him, I've never heard Bobby arguing with, insulting, or humiliating anyone. In fact, one of his best traits is his humor and ability to not take himself too seriously. Bobby has on numerous occasions eased awkward or uncomfortable situations between others, by using his quick wit and jokester personality. He would actually be the first one to mock and humiliate himself, demonstrating his desire to entertain others at his own expense. A few years ago, at a family barbecue, many of the younger children, cousins, nieces, and nephews, didn't seem to be having much of a good time. At one point, we realized Bobby was missing, but no one knew where he went. After about 15-20 minutes, Bobby shows up with a shopping bag and a Slip' N Slide toy. After setting it up and filling it with water, all the kids were apprehensive and hesitant about being the first to slide. Of course, in typical Bobby fashion, he comes running full speed, fully clothed, and glides right through yelling, "What are you kids waiting for?!" That's Bobby. He'd rather joke around and play with the kids than spend time in boring conversation with adults. He'd rather laugh and make light of everything instead of holding grudges and taking everything so seriously. It's become cliché, but Bobby really would give you the shirt off of his back if necessary. He'd give you everything for that matter. He puts himself last, behind all the people he loves and cares for, even for a complete stranger. He

Sincerely,
Ivan Markoc

Dear Your Honor, Judge Carter

To Whom it May Concern:

Bobby Kajtazi is my mothers brother, making him my uncle. Bobby is not just an uncle to me, he is practically an older brother. Of all of my 29 years of living, my memories with Bobby are only great ones. As young as a two years old, I had an accident happen to my finger and till this day, all I can remember is Bobby, shirtless, taking control, rushing me to the hospital. He practically saved my finger as I bled profusely. As a child I remember Bobby taking us to the movies, out to dinner, the zoo, parks, etc. No matter what my parents said, don't buy them this, don't take them there, Bobby always did whatever he could to make us happy. And I can proudly say, he is the same way today. He is selfless, family oriented, loving and caring. I am proud to call him my uncle. With my father being disabled at such a young age and my mother working just to put food on the table, I never thought I would be able to afford going to college, however with the help of Bobby, who gave me a chance to be employed in his restaurant, I was able to do so. He gave me the opportunity to learn and grow and trusted me with tasks that I never thought I could complete. But he pushed me to the limit which has made me a stronger and more independent person today. With his help, I hold a Bachelors degree in Behavioral Science/Psychology and a Masters in Early Childhood Education and Students with Disabilities. I am now a mother of 2, and my biggest wish is for my children to know the Uncle Bobby that I know. I pray that he comes home so we can be reunited as a family and he can share memories with my children, all of the memories that I still cherish today.

Regards,

Lidia Markoc
(Niece)

Hon. Andrew L. Carter Jr.
40 Centre Street
New York NY 10007

I am writing this letter on behalf Biba Kajtazi. Biba Kajtazi is my mothers younger brother. He is by far my favorite uncle. My uncle Biba has been in my life for 31 years. He has one of the biggest hearts that I have ever come across. He will never hesitate to help a family member or friend or even stranger for that matter. This has been the uncle I have grown to love and respect all my life because of the things I have seen him do and give. I pray for my uncle Biba everyday because I know he is a family man and a very hard working man. He deserves all of the best that come in this world because of his generous heart and open arms. From the time I can remember he was always the one taking me and my siblings places we always wanted to go as kids and teenagers. He never disappointed us in any of the promises he kept. I am truly lucky to have him in my life and I am sure all of our family and friends will agree with me on this. His presence just puts me in the best mood when I am around him because he has the most positive energy no matter the situation. He has helped me grow up to be the young lady I am today and I will always be grateful to that. It saddens me to know that my kids have not seen him for a while because I would love for them to grow up around the uncle Biba that I grew up with. He loves my children and my children love him. Always greeting them with warm welcomes and they felt that love. My Uncle Biba is one of the best parts of my childhood and my life now.

With regards,
His favorite niece, Kristina Delovic

**A-17**

Anthony Assante, Sr.
Electrician Journeyman/Engineering Department
St. Barnabas Hospital
4487 Third Avenue
Bronx, New York 10457


June 21, 2017


Honorable Andrew L. Carter, Jr.
United States District Judge
40 Centre Street
New York, New York 10007


Your Honor:


I am writing to urge leniency in the sentencing of my friend Bobby Kajtazi.

I have known Bobby for more than 12 years, since I started my employment at St. Barnabas Hospital. Over that period of time, the Engineering Department within the Hospital has done numerous business transactions with Bobby and his restaurant. The service, the food and the price has always been on point and that is why we became regular customers at Howl at the Moon. We always knew that we would be taken care of by Bobby, his family and staff. His business has always serviced the community regardless of the weather condition (rain, sunshine, snow). If you were hungry, you can always depend on Bobby, his family and staff for service.

During my frequent visits to the restaurant, I also saw how Bobby looked after the students from Fordham University who where his regular customers as well. At night time, especially Fridays and Saturdays, you would always find him managing the establishment and overseeing that the students would be safe. I observed some days refusing to serve alcohol to any students that appeared to be inebriated. If I was a parent from Fordham University, I would be at peace knowing that while my child is enjoying college experience, they are doing so and someone (Bobby) is looking after their safety and welfare.

Not only did I became a regular customer over time, but I also got to know Bobby on a personal level. He is the type of person that when you get to know him, you want to become part of his circle of friends. Bobby is professional, honest, kind-hearted, generous human being who will not hesitate to take his shirt of his back to help anyone in need. I witnessed Bobby on several occasions helping out his family and staff when they came to him with financial issues. I vividly remember Bobby being there for his sister and nephews/nieces when her husband passed away.

Lastly, Booby shared with the time he was incarcerated, his mistakes and how much he has learned from his mistakes. He expressed how much he's enjoying life, freedom and his family and he would not do anything that may prevent him from those enjoyments.   In many occasions, I witnessed him couching many students that visit the restaurant about doing what's right and to stay out of trouble. He uses his life experiences as an educational tool for the youth he encounters by preaching to them to stay out of trouble.

At this time, I would like to thank you for the time you are have taken out of your busy schedule to read my letter and respectfully plead for your compassion during this process.

If you have any questions, please feel free to contact me at any time at 917-963-9194.

Yours truly,

Anthony Assante, Sr.

Hon Andrew L. Carter Jr.
United States District Judge
40 Centre Street
New York, New York #10007


I have Known Bobby Kaytaze for approximately
fifteen years. He has always been a Leader
in the Community as fars as assisting
people in the Community problems. I Worked
in the 48 Precinct as a 2nd Gread Detective
and Mr. Kaytaze has always helpful towards
the local people in the Community. After a tour,
of Duty Duty, Myself and a couple of friends would
step Over to be Sure all was Well at his Place of
Business

As a Father Bobby always looked Out for his
Children, Made Sure the two Older Children
were in school On time and upon Return After
school Be aware of their homework, also he would
have Little Frankie With him, During the Day.

When Neighbors or friends approached Bobby he
would assist them With What Was their need,
food, Jobs this is because Bobby is and has
been a Down to Earth person, and Neighood friend.

A-20

Bobby is the type of Person that Would agree with you in helping in any situation that was positive (Example Bobby help me move the living room furniture over to the next room

Bobby Would help any person or persons within the quality of good friendship and always helping his friends and Neighbors!

Det. 2nd Grade Detective Retired
MGSGT Edwin J. Dennell Retired USMCR

Presently Working security at MBD Bronx NY



The Honorable Judge Andrew L. Carter, JR.

United States District Judge

U. S. Court of Appeals for the Second Circuit

40 Centre Street

New York, New York 10007


June 5th, 2017


Judge Carter:


I am writing this letter in support of Mr. Bobby Kajtazi's personal character. I have

known Bobby for over 5 and a half years and consider him a true friend of mine. I first met

Bobby when I was a student at Fordham University in 2011. Over the course of my four years of

education at Fordham and two subsequent years of employment at Fordham as an assistant

football coach, I interacted with Bobby in a friendly manner numerous times per week.

Over the course of my time with the football program, we conducted a significant amount

of business with Bobby and his restaurants. Not once did I ever have a dispute over the quality,

price, or service of his food. I always knew that he would go above and beyond to ensure we

were taken care of. Bobby was an honorable and reliable partner for us. Every employee of

Bobby's with whom I spoke always raved about how well Bobby and his family treated them.

You could tell that they genuinely enjoyed working for Bobby, which is something that always

stood out, but did not surprise me. As a professional I consider Bobby to be honest, reliable, fair,

and hard working.

The first word that comes to mind when I think of Bobby is generous. Bobby could

always be relied upon to lend a helping hand both professionally and personally in times of need.

**A-23**

For example, when we were hosting very important prospects at Fordham in the winter of 2015 and there was a torrential snowstorm that crippled the city, Bobby did not hesitate to walk almost 1 mile round trip through the middle of a historic blizzard (the roads were shut down and he could not drive his car) to bring us pizzas and wings to help entertain our guests. When I told him I did not have approval from the administration to pay him for the food yet, he immediately responded that I needn't worry and to take care of it whenever was convenient for us. I know this example may seem trivial to some, but the image of Bobby with his hands full trudging through a blizzard, by himself (rather than asking one of his employees to do so), to simply ensure our guests, that he didn't even know, were enjoying their experience epitomizes Bobby's selflessness and willingness to take his own shirt off his back to help others.

As the proprietor of what is considered to be a Fordham student's bar, Bobby did a tremendous job ensuring the safety of all Fordham students who entered his establishments. On a Friday or Saturday night, you could always find Bobby overseeing Howl at the Moon and especially watching to make sure the female college students (who at times were a little tipsy and not completely aware of their surroundings) were not harmed or taken advantage of by anyone whatsoever. Bobby easily could have made a few extra dollars by continuing to serve alcohol to students who appeared to be inebriated, but he always refused service to those individuals who appeared to at their limit of alcohol consumption. I spoke with many parents over the years who after meeting Bobby, were at peace of mind knowing that their sons and daughters would have a safe place to enjoy their college experience.

As I continued to get to know Bobby, he was not shy in sharing his experiences and past mistakes with me and how he had learned from those mistakes. He has told me that he is a changed man after spending such a significant period of his life in prison and that he would

never do anything to jeopardize not only his freedom, but more importantly, the opportunity to spend time with his family after missing so much of his children's youth. Bobby did not hesitate to take the time and share his experiences with many of our football players as a cautionary tale as to what can happen to you if you become involved in illegal activities. I find it very commendable that Bobby did not deny or hide his past transgressions, but use them rather as an educational tool for young people.

Not once in over five and a half years did I ever witness Bobby engage in any criminal activity. Although he finds himself in an unfortunate circumstance today, I still consider Bobby a loyal, kind, generous, friend of mine. Bobby Kajtazi has been nothing but a positive fixture in the local Bronx and Fordham community, which eagerly looks forward to a quick resolution to this matter and Bobby's release from custody.

I hope this letter is able to assist you and all those involved in determining the positive measure of Bobby Kajtazi's character. If you have any additional questions for me, please do not hesitate to contact me at any time. It was my pleasure to write this letter on behalf of Bobby, and wish to close with my strong urging that Bobby Kajtazi's positive influence on the community be considered in this case.

Sincerely:

William Reimann
Cell: (310) 351-0153
Email: wreimann@fordham.edu

A-25

40 Centre St.
NY, NY, 10007

July 8th, 2017

Hon. Andrew L. Carter Jr.
District Judge
United States
40 Centre St.
NY, NY, 10007

Dear Judge Carter:

This letter is in reference to the upcoming sentencing hearing for Bobby Kajtazi. I am writing to you in defense of the character of Bobby Kajtazi as far as I know him.

I met Bobby while I was a student at Fordham University (12') around or about my sophomore year while dining at his restaurant, Michaelangelo's. After frequenting his restaurant and hearing that he was looking to hire a few Fordham students, my friend and I expressed interest. Bobby ultimately offered me a position helping with the evening and nighttime operations of the establishment. My duties mostly included bar-backing and the occasional waiting on busier occasions (i.e., Fordham family day). I ended up working for Bobby the entirety of both my junior and senior years.

During that time, Bobby treated me extremely well. He allowed me to mostly eat for free at the restaurant, and he always paid me fairly and on-time. Additionally, Bobby and his family treated us more like family than just a normal business relationship. At one point, during spring break of my senior year, Bobby invited me along with his kids on a trip to Disney World. A time that I still remember as being one of the most fun trips in my life.

Also during my senior year, 5 of my friends and I rented one of Bobby's properties on Arthur Avenue. Our business relationship was sterling and honest. We always paid on time and Bobby was quick to attend to any repairs or issues.

Lastly, more directly related to this matter, as I have known Bobby, he was especially sensitive to drugs given his past conviction. Anecdotally, I recall while working at Michelangelo's, several incidents where patrons were smoking marijuana on the patio of the restaurant. These people were always swiftly removed without warning. Bobby had a zero-tolerance policy regarding any drugs on his premises as he did not want to compromise his establishment, businesses or his freedom. From watching how he reacted during these incidents, the news of this case was quite shocking to me and contrary from the Bobby that I knew.

I close with a simple ask. I hope that this account shows Bobby as a generous man and honest businessperson who as far as I know worked every day to restore his integrity and provide for his family. I hope that you will take that into consideration during sentencing.

Kind Regards,


Patrick Halligan

Dear Judge Carter,

Before letting you know about my friend Bobby, I'd like to let you know a little about myself. I was born and raised in the Bronx, son and brother to former NYPD officers. I've worked the last forty two years with Con Edison, most of them as a first responder with the gas emergency unit. I've seen a lot of bad in my life, including 6 long weeks at Ground Zero.

In my life, I've also seen the best in people. In the 10 plus years I've known Bobby, all I've seen is good. He is a loving son, husband, and father, along with his love for his family, he is the most generous person I know. I've seen Bobby give his last dollar to a friend in need. I've also seen Bobby donate to great causes anonymously, never wanting the attention. I consider Bobby a brother and a second father to my two sons, Donny Jr. and Chris. Considering how protective I am of my boys, that means a lot. I hope you consider these things before the sentencing.

Respectfully, Donald P. Fox

Carmine Roscigno

553 East 187th Street # 4D

Bronx, New York 10458


June 21, 2017


Honorable Andrew L. Carter, Jr.

United States District Judge

40 Centre Street

New York, New York 10007


Your Honor:


I am writing this letter in the hopes that it will help you to see what kind of person Bobby Kajtazi is, before his court appearance.

I feel strongly about Bobby, and about his future, and I want to try to make you feel the same way. Bobby and I grew up together in the neighborhood and we develop a good friendship over the 40 years period, and in that time I have seen many aspects of Bobby's personality. I have always found him to be extremely kind, dependable, and well regarded among his family and friends. Growing up, I always saw Bobby helping out others, weather it was his father while his father was a building Superintendent with talking out the garbage or cleaning the floors of a building. He would also go to his father's Pizzeria and he would take over the business and would send his father home to rest. Bobby is also very generous with his brothers and sisters and helped them financially. Bobby is the type of person that is willing to help anyone in need.

I asked that you consider my letter and the others before sentencing my friend. I hope you will also consider Bobby's efforts in building a better future for his family through hard work.

I can tell you without a doubt that Bobby is incredibly remorseful for his past mistakes and will never jeopardize his freedom and family time that was enjoying before this. Hopefully, you can be lenient when making a decision about my friend's future.

If you have any further questions, you can reach me at 646-207-6482.


Sincerely,

Carmine Roscigno

Carmine Roscigno

June 21, 2017

To Whom It May Concern,

I write to you in support of an individual who was Born in Kosovo and raised in the Belmont neighborhood in the Bronx since he was 4 years old. Biba Kajtazi is a fixture of the community, has deep roots in the Bronx and has consistently given back to the community he loves so much.

I first met Biba Kajtazi when I was Deputy Chief of Staff to a Council Member in the central Bronx in 2014. Many times Bobby would contact our office to notify of us of any suspicious or dangerous activities were occurring within the district. He is deeply concerned about the community and is continuously advocating to improve the quality of life in the Bronx. Furthermore, he consistently gives back to the neighborhood he was raised. On Christmas of 2015, Mr. Kajtazi decided to open the doors of his restaurant Michaelangelo's Little Italy to the neediest of families so they could have a nice hot meal for the holiday. Those who were not going to be able to have a nice holiday meal were suddenly able because of Bobby's sense of giving back. I was present for the event and was able to witness the joy of the individuals present, as well as Biba Kajtazi and his dedicated family.

Biba Kajtazi is a compassionate individual who is always looking to improve the Bronx for the community he was born and raised. His roots are deeply interwoven with the community. He manages and operates two successful businesses in Belmont, and often collaborates with the businesses and institutions surrounding him. Biba Kajtazi is a fixture of the community that we are proud to have.

Sincerely,

Juan Antigua
347 - 609 - 1161

Hon. Andrew L. Carter Jr.

United States

40 Centre

NY, NY 10007

I have know Biba Kajtazi for 10 years, and we are a good friends also I respect him as a brother. I believe I am in a position to speak to Biba K. moral character. So I hope you will take this letter into account when making your decision.

Biba Kajtazi is, a very good person he has always been kind with others. He has a strong sense of duty, which applies in his job, family, and community he also possesses a great strives to make sure he is doing the right thing. Also he work so hard to keep everything good.

I hope you will read at my words and the countless others you're receiving. And understand that Biba Kajtazi is the person who always thinking how to generate more employment to try to help people who need it. So please let that be a consequence in your decision.

Thank You

Juan Carlos Garcia Martinez

James Osborne
Fordham Sports Properties, LLC
Fordham University Athletics
Rose Hill Gymnasium, 2nd Floor
441 East Fordham Road
Bronx, NY 10458
Telephone: 516-859-8084

May 31, 2017

Hon. Andrew L. Carter, Jr.
United States District Judge
40 Centre Street
New York, NY 10007

RE: Defendant Bobby Kajtazi

Your Honour:

I have known Bobby Kajtazi for several years. As General Manager of Fordham Sports Properties, LLC, I sell and manage all sponsor/partner relationships between Fordham University Athletics and select local, regional and national brands/companies. Through the partnership between Michelangelo's Little Italy, a restaurant owned/managed by Bobby Kajtazi and his family, and Fordham Athletics, I have had the opportunity to work directly with Bobby for several years dating back to the 2014-15 academic year.

In my dealings, both professional and personal, with Bobby and his family, I have been met with nothing short of the utmost professionalism, generosity, and courtesy. Bobby and his wife Life have been notably supportive of Fordham University's athletics department and its student-athletes, and I know that they care deeply for the well-being of all members of the Fordham family. Financially and otherwise, Bobby has been very giving to our community, and it has been a pleasure having his restaurant as one of our more valued partners. I personally know Bobby to be honest, courteous, generous, dependable and responsible. He has been an asset to me as I continue to build Fordham Sports Properties.

Please contact me directly if you would like to discuss this recommendation further. I can be reached by phone (516-859-8084) or email (josborne@fordhamsportsproperties.com). Thank you for your time and consideration.

Sincerely,

James Osborne

Candace Diaz
240 East 175th Street, 303
Bronx, NY 10457


Hon. Andrew L. Carter, Jr.
District Judge
40 Centre Street
New York, NY 10007


Dear Hon. Andrew L. Carter, Jr.:

My name is Candace Diaz and I have known Bobby and Elizabeth Kajtazi for 5 years. I was one of their bartender/servers at their restaurants Howl at the Moon and Michealangelo's. Bobby was definitely a man I looked up to. He is a very smart, easy-going and approachable man who, in my eyes, perfectly managed running two restaurants along with being a great boss, mentor, father and husband. Liz is equally amazing at keeping all of the pieces together all while being a great mother to their kids including their young boy.

Bobby is a very wise man and I always told him that. He and his wife, Liz, taught me and my fellow co-workers so many things from the ins and outs of the restaurant business to insights on fitness. They even gave me lots of marriage advice during my former marriage. My ex-husband and daughter looks up to them.

In a nutshell, I view Bobby as a father-figure and Elizabeth as a big sister. They are both dearly loved and will always be a part of my family's life.

Sincerely,


Candace Diaz




# CHURCH OF OUR LADY OF MT. CARMEL

627 EAST 187TH STREET
BRONX, NY. 10458

TEL. 718-295-3770
EMAIL: mtcarmelbx@aol.com

March 8, 2017

To Whom It May Concern:

I, Jonathan Morris, a citizen of the United States, and Roman Catholic priest of the Archdiocese of New York, assigned pastor of Our Lady of Mount Carmel Church, located in the Bronx, would like to write on behalf of Biba Kajtazi.

I have known Mr. Kajtazi and his family for two years. He is a family man and hard-working individual.

I have come to know his parents, who are humble, God-fearing people. His father is disabled and homebound, but they are a close-knit family and are all working together to keep him at home.

If you have any questions regarding this information, please do not hesitate to contact me.

Sincerely,

Fr. Jonathan Morris
Pastor



March 7, 2017

To Whom It May Concern

I, Nikolin Pergjini a citizen of the United States, and Roman Catholic priest of archdiocese of New York assigned pastor of St. Lucy's Parish located in the Bronx, would like to write on behalf of Mr. Biba Kajtazi.

For more than twenty five years I have come to know Mr. Kajtazi personally as well as his family. I do remember him since my first assignment as a young priest at Our Lady Mount Carmel, Bronx where he lived with his family. Since then I have come to know him as a hard working person. During these years of my experiences in different parishes I always kept in touch with him and his family. I have come to know his parents from inside as humble and honest people. I still faithfully visit his parents, especially his handicapped father. We share our concerns and hopes and support them with my spiritual assistance and friendship encouraging them not to loose hope.

If you have any questions regarding this information, please do not hesitate to contact me.

Sincerely,

Father. Nikolin Pergjini